**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **DEFENDANT ROBERT COPLAN'S** |
| ) | **WAIVER OF APPEARANCE AT** |
| ROBERT COPLAN, ) | **JULY 10, 2007 STATUS** |
| MARTIN NISSENBAUM, ) | **CONFERENCE** |
| RICHARD SHAPIRO, and ) | |
| BRIAN VAUGHN, ) | 07 CR 453 (SHS) |
| ) | |
| Defendants. ) | |

The undersigned defendant, Robert Coplan, waives his right to be present for the status conference hearing in the above-captioned matter on July 10, 2007. The undersigned defendant acknowledges that he has been advised by counsel of his right to be present and he understands the basis for the waiver. Counsel for the undersigned defendant will appear on his behalf and with full authority to act on his behalf.

Dated: July __3__, 2007

_[signature]_
Robert Coplan

**EXHIBIT A**

1354568.1
1376383.1