UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - v. -

ROBERT COPLAN,
MARTIN NISSENBAUM,
RICHARD SHAPIRO, and
BRIAN VAUGHN

                  Defendants.

NOTICE OF APPEARANCE

07 Cr. 453 (SHS)

PLEASE TAKE NOTICE that Kristy Watson Milkov, Esq. by Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C., hereby appears as counsel for the defendant herein, Richard Shapiro, in connection with the above-captioned matter.

Dated:  New York, New York
         July 5, 2007

                                 Respectfully submitted
                                 MORVILLO, ABRAMOWITZ, GRAND,
                                   IASON, ANELLO & BOHRER, P.C.

By:    s/_____
         Kristy Watson Milkov (KW-1705)
         565 Fifth Avenue
         New York, New York 10017
         (212) 856-9600
         Attorneys for Defendant
         Richard Shapiro

TO:    Clerk of the Court
        United States District Court
        Southern District of New York
        500 Pearl Street
        New York, New York 10007

Deborah Landis, Esq.
Jaikumar Ramaswamy, Esq.
Assistant United States Attorneys
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

Brian D.Linder, Esq.
Isabelle A. Kirshner, Esq.
Clayman & Rosenberg
305 Madison Avenue
New York, New York 10165

Paula M. Junghans, Esq.
Andrew Goldfarb, Esq.
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000
Washington, DC 20036

Paul B. Bergman, Esq.
Paul B. Bergman, P.C.
950 Third Avenue
New York, New York 10022

James B. Tucker, Esq.
Peter H. Barrett, Esq.
Amanda B. Barbour, Esq.
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P.O. Drawer 4248
Gulfport, MS 39502

CERTIFICATE OF SERVICE

      I, Kristy Watson Milkov, counsel for Richard Shapiro, do hereby certify that on July 5, 2007, I caused to be served a copy of the within Notice of Appearance on the following attorneys through the ECF filing system for the Southern District of New York.

Deborah Landis, Esq.
Jaikumar Ramaswamy, Esq.
Assistant United States Attorneys
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

Brian D. Linder, Esq.
Isabelle A. Kirshner, Esq.
Clayman & Rosenberg
305 Madison Avenue
New York, New York 10165

Paula M. Junghans, Esq.
Andrew Goldfarb, Esq.
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000
Washington, DC 20036

Paul B. Bergman, Esq.
Paul B. Bergman, P.C.
950 Third Avenue
New York, New York 10022

James B. Tucker, Esq.
Peter H. Barrett, Esq.
Amanda B. Barbour, Esq.
Butler, Snow, O'Mara, Stevens & Cannada PLLC
P.O. Drawer 4248
Gulfport, MS 39502

                                            s/_____
                                            KRISTY WATSON MILKOV