UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT COPLAN,<br>MARTIN NISSENBAUM,<br>RICHARD SHAPIRO, and<br>BRIAN VAUGHN,<br><br>              Defendants. | **MOTION FOR ADMISSION<br>OF ANDREW N. GOLDFARB<br>*PRO HAC VICE*** <br><br>07 CR 453 (SHS) |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kristy Watson Milkov, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Andrew N. Goldfarb, Esq.
    Zuckerman Spaeder LLP
    1800 M Street, NW, Suite 1000
    Washington, DC, 20036
    (ph) 202-778-1822
    (fax) 202-822-8106
    agoldfarb@zuckerman.com

Mr. Goldfarb is a member in good standing of the Bars of the District of Columbia and the States of New York and California.[1] There are no pending disciplinary proceeding against Mr. Goldfarb in any State or Federal court.

---

[1] The Certificates of Good Standing for Mr. Goldfarb from the District of Columbia and California are attached hereto. The Certificate of Good Standing from New York has been requested and will be submitted immediately upon its receipt.

1354571.1

Dated: July 9, 2007
New York, New York

        Respectfully submitted,

        */s/ Kristy Watson Milkov*
        Kristy Watson Milkov
        Morvillo, Abramowitz, Grand, Iason,
        Anello & Bohrer P.C.
        565 Fifth Avenue
        New York, NY 10017
        Phone: (212) 856-9515
        Fax: (212) 856-9494

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT COPLAN,<br>MARTIN NISSENBAUM,<br>RICHARD SHAPIRO, and<br>BRIAN VAUGHN,<br><br>            Defendants. | **ORDER ADMITTING**<br>**ANDREW N. GOLDFARB**<br>*PRO HAC VICE*<br><br>07 CR 453 (SHS) |

Upon the motion of Kristy Watson Milkov, attorney for Richard Shapiro, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Andrew N. Goldfarb, Esq.
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC, 20036
(ph) 202-778-1822
(fax) 202-822-8106
agoldfarb@zuckerman.com

is admitted to practice *pro hac vice* as counsel for Robert Coplan in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____, 2007
New York, New York

_____
United States District Judge

1354570.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| v. | )<br>)<br>) 07 CR 453 (SHS) |
| ROBERT COPLAN,<br>MARTIN NISSENBAUM,<br>RICHARD SHAPIRO, and<br>BRIAN VAUGHN, | )<br>) **AFFIDAVIT OF KRISTY WATSON**<br>) **MILKOV IN SUPPORT OF MOTION**<br>) **TO ADMIT ANDREW N. GOLDFARB**<br>) ***PRO HAC VICE*** |
| Defendants. | )<br>) |

Kristy Watson Milkov, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at the firm of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer P.C., and counsel for Defendant Richard Shapiro in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Andrew N. Goldfarb as counsel *pro hac vice* to represent Defendant Robert Coplan in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Andrew Goldfarb since November 2006.

4. Mr. Goldfarb is counsel at Zuckerman Spaeder LLP, in Washington, DC.

5. I have found Mr. Goldfarb to be a skilled attorney and a person of integrity. He is a member in good standing of the bars of New York, California, and the District of Columbia. From 1999-2005 he served as a trial attorney in the Civil Division of the United

States Department of Justice. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Andrew N. Goldfarb, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Andrew N. Goldfarb, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Andrew N. Goldfarb, *pro hac vice*, to represent Defendant Robert Coplan in the above-captioned matter, be granted.

Dated: July 9, 2007
New York, New York

Respectfully submitted,

Kristy Watson Milkov (KW1705)

MAUREEN SMITH
Notary Public, State of New York
No. 01SM5077496
Qualified in Kings County
Commission Expires May 12, 20 11

2

1354572.1



## District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**ANDREW N. GOLDFARB**

was on the  5TH  day of  SEPTEMBER, 1997  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 12, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk



# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

June 8, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANDREW NATHAN GOLDFARB, #235615 was admitted to the practice of law in this state by the Supreme Court of California on February 1, 2005; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

## CERTIFICATE OF SERVICE

I, Kristy Watson Milkov, counsel for Richard Shapiro, do hereby certify that on July 9, 2007, I caused to be served a copy of the within Motion for Admission of Andrew N. Goldfarb *Pro Hac Vice* on the following attorneys through the ECF filing system for the Southern District of New York and U.S. Mail.

Deborah E. Landis, Esq.
Jaikumar Ramaswamy, Esq.
Assistant U.S. Attorneys
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Charles E. Clayman, Esq.
Brian D. Linder, Esq.
Clayman & Rosenberg
305 Madison Avenue
New York, NY 10165

Paul B. Bergman, Esq.
950 Third Avenue
New York, NY 10022

Peter H. Barrett, Esq.
Butler, Snow, O'Mara, Stevens
 & Cannada, PLLC
P.O. Drawer 4248
Gulfport, MS 39502

_____
Kristy Watson Milkov

1379326.1