```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :

       - v.-                                         :    STIPULATION

ROBERT COPLAN,                              :    07 CR 453 (SHS)
MARTIN NISSENBAUM,
RICHARD SHAPIRO, and                    :
BRIAN VAUGHN,
                                                        :
         Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that:

    1)    The parties are currently scheduled to appear before the Court for a pretrial conference on February 8, 2008;

    2)    Since the last pretrial conference, the Government has actively and regularly produced discovery materials pursuant to Rule 16 of the Federal Rules of Criminal Procedure;

    3)    The discovery process is ongoing;

    4)    The parties have continued to work together cooperatively to resolve problems that have arisen with respect to electronic and paper discovery;

    5)    Defense counsel are continuing to work together cooperatively to manage jointly the burdens of the discovery process in this matter;

    6)    The Government has not yet obtained a superseding indictment, and has advised defense counsel that it expects to do so on or before February 21, 2008, but not before the pretrial conference currently scheduled for February 8, 2008;

    7)    None of the defendants is incarcerated;

    8)    Under all the circumstances, an adjournment of the pretrial conference currently scheduled for February 8, 2008 would be appropriate, especially insofar as it would alleviate the need for out-of-town counsel to travel to New York for a brief appearance, only to

return shortly thereafter upon the filing of a superseding indctment;

9) Under all the circumstances, an adjournment until February 22, 2008 at 9:30 a.m. would serve the ends of justice, and would outweigh the interests of the public and of the defendants in a speedy trial. Thus, an exclusion of time until such date would also be appropriate pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

Dated: February 4, 2008

                                              MICHAEL J. GARCIA
                                              United States Attorney for the
                                              Southern District of New York

                                              By: _____
                                              Deborah E. Landis
                                              Assistant United States Attorney

_____ 2/4/08
PAULA M. JUNGHANS
Zuckerman Spaeder LLP
Counsel for Defendant Robert Coplan



BRIAN LINDER
Clayman & Rosenberg
Counsel for Defendant Martin Nissenbaum

-2-

alleviate the need for out-of-town counsel to travel to New York for a brief appearance, only to return shortly thereafter upon the filing of a superseding indictment;

9) Under all the circumstances, an adjournment until February 22, 2008 at 9:30 a.m. would serve the ends of justice, and would outweigh the interests of the public and of the defendants in a speedy trial. Thus, an exclusion of time until such date would also be appropriate pursuant to Title 18, United States Code, Section 3161(h)(8)(A).

Dated: February 4, 2008

                MICHAEL J. GARCIA
                United States Attorney for the
                Southern District of New York

By: _____
      Deborah E. Landis
      Assistant United States Attorney

PAULA JUNGHANS
Zuckerman Spaeder LLP
Counsel for Defendant Robert Coplan

_____
BRIAN LINDER
Clayman & Rosenberg
Counsel for Defendant Martin Nissenbaum

-2-

_____
JOHN J. TIGUE, JR.
Morvillo, Abramowitz, Grand, Iason, Anello &
  Bohrer P.C.
Counsel to Richard Shapiro


_____
PETER BARRETT/JAMES TUCKER
Butler, Snow, O'Mara, Stevens & Cannada, PLLC.
Counsel to Brian Vaughn

JOHN J. TIGUE, JR.
Morvillo, Abramowitz, Grand, Iason, Anello &
    Bohrer P.C.
Counsel to Richard Shapiro

*[signature]*

PETER BARRETT/JAMES TUCKER
Butler, Snow, O'Mara, Stevens & Cannada, PLLC.
Counsel to Brian Vaughn

SO ORDERED 2/6/08

*[signature]*

SIDNEY H. STEIN
U.S.D.J.

—3—