| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ECF CASE |

UNITED STATES OF AMERICA

v.

ROBERT COPLAN,
MARTIN NISSENBAUM,
RICHARD SHAPIRO,
BRIAN VAUGHN,
DAVID L. SMITH, and
CHARLES BOLTON,

              Defendants.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

07 Cr. 453 (SHS)

TO:    Clerk of Court
         United States District Court
         Southern District of New York

The undersigned attorneys respectfully request the Clerk to note their appearance in this case and to add them as Filing Users to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By:    /s/
Lauren Goldberg
Assistant United States Attorney
(212) 637-1040
lauren.goldberg@usdoj.gov

By:    /s/
Marshall A. Camp
Assistant United States Attorney
(212) 637-1035
marshall.camp@usdoj.gov

TO: Peter Barrett, Esq.
    Charles Clayman, Esq.
    Howard Heiss, Esq.
    Paula Junghans, Esq.
    Jack Tigue, Esq.