## <u>CERTIFICATE OF SERVICE</u>

I, Kristy Watson Milkov, counsel for Richard Shapiro, do hereby certify that on May

5, 2008, I caused to be served a copy of the Notice of Discovery Motions Filed on Behalf of

All Defendants, the Memorandum of Law and Affidavit of John J. Tigue, Jr. in support of

that motion, and all exhibits to the Affidavit of John J. Tigue Jr. on the following attorneys

through the ECF filing system for the Southern District of New York.

Lauren Goldberg, Esq.
Marshall Camp, Esq.
Assistant U.S. Attorneys
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Paula M. Junghans, Esq.
Andrew N. Goldfarb, Esq.
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036

Charles E. Clayman, Esq.
Brian D. Linder, Esq.
Isabelle Kirshner, Esq.
Clayman & Rosenberg
305 Madison Avenue
New York, NY 10165

Paul B. Bergman, Esq.
950 Third Avenue
New York, NY 10022

Peter H. Barrett, Esq.
Butler, Snow, O'Mara, Stevens
  & Cannada, PLLC
P.O. Drawer 4248
Gulfport, MS 39502

1379326.1

Howard Heiss, Esq.
Mark A. Racanelli, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

<u>/s/ Kristy Watson Milkov</u>
Kristy Watson Milkov

1379326.1