<u>**CERTIFICATE OF SERVICE**</u>

I, Kristy Watson Milkov, counsel for Richard Shapiro, do hereby certify that on May

5, 2008, I caused to be served a copy of the Notice of Pretrial Motions Filed on Behalf of

Richard Shapiro, Memorandum of Law and Affidavits of John J. Tigue, Jr. and Richard

Shapiro in support of that motion, and all exhibits to the Affidavit of John J. Tigue Jr. on the

following attorneys through the ECF filing system for the Southern District of New York.

       Lauren Goldberg, Esq.
       Marshall Camp, Esq.
       Assistant U.S. Attorneys
       Southern District of New York
       One St. Andrew's Plaza
       New York, NY 10007

       Paula M. Junghans, Esq.
       Andrew N. Goldfarb, Esq.
       Zuckerman Spaeder LLP
       1800 M Street, NW, Suite 1000
       Washington, DC 20036

       Charles E. Clayman, Esq.
       Brian D. Linder, Esq.
       Isabelle Kirshner, Esq.
       Clayman & Rosenberg
       305 Madison Avenue
       New York, NY  10165

       Paul B. Bergman, Esq.
       950 Third Avenue
       New York, NY  10022

       Peter H. Barrett, Esq.
       Butler, Snow, O'Mara, Stevens
        & Cannada, PLLC
       P.O. Drawer 4248
       Gulfport, MS  39502

Howard Heiss, Esq.
Mark A. Racanelli, Esq.
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

/s/ Kristy Watson Milkov
Kristy Watson Milkov

1379326.1