UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

UNITED STATES OF AMERICA,

        - v. -

ROBERT COPLAN,
MARTIN NISSENBAUM,
RICHARD SHAPIRO,
BRIAN VAUGHN,
DAVID L. SMITH, and
CHARLES BOLTON,

              Defendants.

---------------------------------------- x

(S-1) 07 Cr. 453 (SHS)

**AFFIDAVIT OF
RICHARD SHAPIRO**

STATE OF NEW YORK   )
                  ) ss.:
COUNTY OF NEW YORK )

      RICHARD SHAPIRO, being duly sworn, deposes and says:

      1.     I am one of the defendants in <u>United States v. Robert Coplan</u>, (S-1) 07 Cr. 453 (SHS). I make this affidavit in support of my pretrial motions (1) to require the government to specify the nature of the criminality charged in the Superseding Indictment (the "Indictment"); (2) to dismiss certain charges in the Indictment and (3) to strike surplusage from the Indictment.

      2.     I graduated from Brown University in 1970 with a Bachelor of Arts degree in political science. In 1973, I received my Juris Doctor from the Columbia University School of Law, and in 1977, I received a Masters of Law in Taxation from the New York University School of Law.

      3.     Over the past thirty-four years, I have worked as a tax expert in the area of taxation of financial products.

4.      From 1990 to 1994, I worked at the firm of Grant Thornton LLP, serving as that firm's Director of Tax for the Financial Services Industry Practice. I left Grant Thornton in 1994, and moved to Goldstein Golub Kessler & Co., P.C. My work at both Grant Thornton and Goldstein Golub did not involve tax shelters in any way.

5.      I joined Ernst & Young ("E&Y") in 1995. During my thirteen-year tenure at E&Y, I have spent the majority of my time advising other partners' clients on financial products and related transactions and securities taxation. I have been and continue to be a low-ranking partner at E&Y. To my knowledge, I have consistently been within the lowest paid group of partners at the firm. While at E&Y, I have not held any executive title or position. My principal responsibility has been to act as a tax subject matter expert.

_Richard Shapiro_
RICHARD SHAPIRO

Sworn to before me this
5th day of May, 2008

_Maureen Smith_
Notary Public

MAUREEN SMITH
Notary Public, State of New York
No. 01SM5077496
Qualified in Kings County
Commission Expires May 12, 20 \ \

2