# MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.



565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.maglaw.com

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL
(212) 880-9450

May 6, 2008

COUNSEL
JUDITH L. MOGUL
CHRISTOPHER J. MORVILLO
E. SCOTT MORVILLO
GREGORY MORVILLO

SENIOR ATTORNEY
THOMAS M. KEANE

MICHAEL C. SILBERBERG
1940-2003



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/08

**VIA FACSIMILE**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  United States v. Coplan, et al.
     (S1) 07 Cr. 453 (SHS)

Dear Judge Stein:

We represent Richard Shapiro, one of the defendants in the above-referenced case. Last night, we filed two motions: a joint motion on behalf of all defendants regarding discovery issues, and a motion addressing issues particular to Mr. Shapiro. The memorandum in support of the second motion is thirty-one pages; six pages in excess of the page limits contained in your Honor's rules regarding briefs and motions. We respectfully request that your Honor accept the motion as filed.

Respectfully submitted,

John J. Tigue, Jr.

SO ORDERED 5/6/08

SIDNEY H. STEIN
U.S.D.J.

cc: Lauren Goldberg, Esq. (by facsimile)
    Marshall A. Camp Esq. (by facsimile)
    All Defense Counsel of Record (by electronic mail)