# MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.



ELKAN ABRAMOWITZ
RICHARD F ALBERT
ROBERT J ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN H JURIS
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H TEMKIN
JOHN J TIGUE JR.
CYRUS R. VANCE, JR.
RICHARD D. WEINBERG

*ALSO ADMITTED IN CALIFORNIA AND WASHINGTON, D C
**ALSO ADMITTED IN CONNECTICUT

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600
www.maglaw.com

FACSIMILE
(212) 856-9494

COUNSEL
JUDITH L MOGUL
CHRISTOPHER J MORVILLO
E. SCOTT MORVILLO
GREGORY MORVILLO

SENIOR ATTORNEY
THOMAS M. KEANE

MICHAEL C. SILBERBERG
1940-2002

WRITER'S DIRECT DIAL

(212) 880-9470

June 17, 2008

**VIA FACSIMILE**          **MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Coplan, et al.
           (S1) 07 Cr. 453 (SHS)

Dear Judge Stein:

      We represent Richard Shapiro, one of the defendants in the above-referenced case. Last night, we filed two memoranda of law: a reply memorandum in support of the joint motion on behalf of all defendants regarding discovery issues, and a reply memorandum in support of the motion addressing issues particular to Mr. Shapiro. Both memoranda are eleven pages; one page in excess of the page limits contained in your Honor's rules regarding briefs and motions. We respectfully request that your Honor accept the memoranda as filed.

      Respectfully submitted,

      Jeremy H. Temkin

cc:    Lauren Goldberg, Esq. (by facsimile)
       Marshall A. Camp Esq. (by facsimile)
       All Defense Counsel of Record (by electronic mail)

SO ORDERED 6/17/08

SIDNEY H. STEIN
U.S.D.J.