USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

ROBERT COPLAN, MARTIN NISSENBAUM,
RICHARD SHAPIRO and BRIAN VAUGHN,

                     Defendants.
---------------------------------------------------------------x

Case No. 07-CR-00453 (SHS)
FILED ELECTRONICALLY

## MOTION TO WITHDRAW ATTORNEY

Pursuant to Local Civil Rule 1.4 and Rule 2.5 of the Electronic Case Filing Rules and Instructions, the undersigned respectfully moves this Court to withdraw the appearance of Marc H. Silverman and discontinue transmission of Notices of Electronic Filing in the above-captioned matter for Mr. Silverman. In September 2009, Mr. Silverman departed the law firm of Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C. for a clerkship with the United States Court of Appeals for the Second Circuit. Other attorneys at Morvillo Abramowitz will remain counsel of record for defendant Richard Shapiro.

Dated: New York, New York
       October 12, 2009

Respectfully submitted,

MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.

By: /s/ Matthew Homberger

565 Fifth Avenue
New York, New York 10017
(212) 856-9600

ND: 4821-6276-6852, v. 1

SO ORDERED 1/21/10

SIDNEY H. STEIN
U.S.D.J.