UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

              -against-

ROBERT COPLAN,
MARTIN NISSENBAUM,
BRIAN VAUGHN,
DAVID L. SMITH, and
CHARLES BOLTON,
                      Defendants.
----------------------------------------------------------X

S1 07 Cr. 0453 (SHS)

**JUDGMENT OF ACQUITTAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/13

      Whereas in a letter dated February 13, 2013, counsel for defendants Richard Shapiro ("Shapiro") and Martin Nissenbaum ("Nissenbaum") having asked this Court to issue an order to effectuate the mandate of the U.S. Court of Appeals for the Second Circuit, dated February 4, 2013, which reversed the convictions of Shapiro and Nissenbaum on insufficiency of the evidence grounds; They now ask the Court, inter alia, to direct the entry of judgments of not guilty and the return of the amounts they have paid in fines and special assessments; Counsel for Shapiro having represented that the government does not oppose those requests, and the matter having come before the Honorable Sidney H. Stein, United States District Judge, and the Court, on February 21, 2013, having rendered its Order that the Clerk of Court shall enter judgments of NOT GUILTY as to Shapiro and Nissenbaum, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 21, 2013, judgments of NOT GUILTY is entered as to Shapiro and Nissenbaum.

**Dated:** New York, New York
          September 27, 2013

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**
                         BY:

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____
                                          **Deputy Clerk**